IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALBERT L. BRYANT,

  Plaintiff,

  v.

SELENE FINANCE, LP, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-4495-TWT

**ORDER**

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 3]. The Plaintiff's objections are very confusing and do not address legal conclusions set forth in the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 3] is GRANTED.

SO ORDERED, this 26 day of August, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Bryant\15cv4495\r&r.wpd